DOWNEY BRAND LLP
RHONDA CATE CANBY (Bar No. 171571)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendants, RALEY'S,
dba RALEY'S #416, and MAR-WATT LIMITED, LP

LYNN HUBBARD, III (Bar No. 69773)
SCOTTLYNN J. HUBBARD, IV (Bar No. 212970)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff, JAMES SANFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>Plaintiff,<br><br>v.<br><br>RALEY'S dba RALEY'S #416; MAR-WATT LIMITED, LP,<br><br>Defendants. | Case No. 2:05-CV-01899-WBS-KJM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON** |

It is hereby stipulated by and between the parties, through their respective attorneys, that the defendants shall have an extension of time to answer or otherwise respond to plaintiffs'

/ / /

/ / /

/ / /

/ / /

/ / /

1

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON

1 Complaint. No other extensions of time have been sought. The response to the Complaint shall
2 be filed and served by no later than October 24, 2005.

3 DATED: October 11, 2005.  DOWNEY BRAND LLP

By:/s/RHONDA CATE CANBY
RHONDA CATE CANBY
Attorneys for Defendants,
RALEY'S, dba RALEY'S #416, and
MAR-WATT LIMITED, LP

DATED: October 12, 2005.  LAW OFFICES OF LYNN HUBBARD

By:/s/LYNN HUBBARD, III
LYNN HUBBARD, III
Attorney for Plaintiff,
JAMES SANFORD

**ORDER**

IT IS SO ORDERED.

Dated: October 12, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE