LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD | No. CIV.S. 05-1899 WBS KJM |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| RALEY'S dba RALEY'S #416; MA-WATT LIMITED, LP. | |
| Defendants, | |

1    Plaintiff, JAMES SANFORD, requests the Court dismiss the above

2  entitled action, without prejudice, **as to ALL PARTIES.**

3

4

5  Dated: October 19, 2005          LAW OFFICES OF LYNN HUBBARD

6

7             /s/ Lynn Hubbard, Esquire                    /
             LYNN HUBBARD, III
8            Attorney for Plaintiff

9

10  IT IS SO ORDERED

11

12

13  Dated:  October 19, 2005

14

15  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28